**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 MISSED CALL, LLC,,

                                    Plaintiff,

              -against-                                          25 **CIVIL** 7776 (AKH)

                                                                **JUDGMENT**

CLOUDTALK.IO, INC.,

                                    Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order and Opinion dated March 12, 2026, Defendant's motion to dismiss is

granted. Accordingly, the case is closed.

**Dated:** New York, New York

    March 12, 2026

                                              **TAMMI M. HELLWIG**
                                    _____
                                              **Clerk of Court**

                          **BY:**

                                    _____
                                              **Deputy Clerk**